UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARVIN HENRY KING | CIVIL ACTION NO. 23-cv-742 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| GENERAL DYNAMIC INFORMATION TECHNOLOGY | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendant's Motion for Sanctions (Record Document 26) is granted and that Plaintiff's complaint is dismissed with prejudice for failure to comply with a discovery order.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 18th day of April, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE